AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the

Eastern District of California

| | |
|---|---|
| United States of America<br>v.<br><br>ANDREW JAMES SARNOWSKI<br><br>_____<br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Case No.   5:20-mj-00030 JLT

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of ___Aug 27, 2019 - Sept. 9, 2020___ in the county of ___Kern___ in the

___Eastern___ District of ___California___, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 18, United States Code, Section 2251(a) | Sexual Exploitation of a Minor |
| Title 18, United States Code, Section 2252(a)(2) | Receipt and Distribution of Child Pornography |

This criminal complaint is based on these facts:

See attached affidavit of FBI SA Joseph P. Hamer, attached hereto and incorporated herein by this reference.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Joseph P. Hamer, Special Agent
_____
*Printed name and title*

Sworn to me in accordance with Fed.R.Crim.P. 4.1 by email and telephone.

Date:     09/10/2020
_____

_____
*Judge's signature*

City and state:     Bakersfield, California
_____

Hon. Jennifer L. Thurston - U.S. Magistrate Judge
_____
*Printed name and title*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT AGAINST
ANDREW JAMES SARNOWSKI

I, Joseph P. Hamer, being duly sworn, hereby depose and
state as follows:

1.    I am a Special Agent ("SA") with the Federal
Bureau of Investigation ("FBI") and have been so employed
since May 1, 2016.  I am a federal agent and am empowered
by United States law to conduct investigations of, and make
arrests for offenses enumerated in Title 18 of the United
States Code.  During my tenure as a Special Agent, I have
conducted and participated in numerous investigations of
criminal activity, executed and participated in the
execution of search and arrest warrants, and seized
evidence of violations of United States law.  Since April
1, 2019, I have been assigned to work Violent Crimes
Against Children at the Ventura Resident Agency of the Los
Angeles Field Office, which includes enforcing federal
criminal statutes involving the sexual exploitation of
children under Title 18, United States Code, Sections 2251
and 2252. I have received both formal and informal training
from the FBI regarding computer-related investigations and

1

computer technology.  My formal training includes 21 weeks of formal education at the FBI Academy, where I took classes on writing affidavits and providing evidentiary testimony. In support of this assignment, I completed a four-day Internet Crimes Against Children training course regarding the distribution of child pornography over the Bit Torrent peer-to-peer file-sharing network.  Prior to this assignment, I was assigned to the Los Angeles Violent Crime Task Force in which I investigated crimes such as bank robberies, extortions, kidnappings, homicides as well as other violent offenses.

2.    This affidavit supports a criminal complaint against Andrew J. SARNOWSKI for violating the following federal statutes:

   a) 18 U.S.C. § 2251, which prohibits any person from employing, using, persuading, inducing, enticing, or coercing any minor to engage in sexually explicit conduct, with the purpose of producing a visual depiction of that conduct; and

   b) 18 U.S.C. § 2252, which prohibits certain activities relating to material involving the sexual exploitation of minors (including the possession, receipt, and/or distribution of child pornography).

3.    The information contained in this affidavit is based upon my personal observations, training and experience, and where noted, information related to me by other law enforcement officers and/or agents.

4.    On September 8, 2020, Supervisory Senior Resident Agent Tyler McCurdy received information from SA Vanitha Pandi, an FBI Special Agent working at FBI Headquarters, Criminal Investigative Division, Child Exploitation Operational Unit.  SA Pandi had received information from a foreign law enforcement entity regarding an apparently new child pornography series of videos described as the 'CRACKPIPE' series, which included sexually explicit depictions of a baby being sexually abused, and which were being distributed on the encrypted messaging application, Telegram ("TELEGRAM") during the course of the previous two weeks.  The videos had been posted in multiple TELEGRAM groups dedicated to the sharing of Child Exploitation Material ("CEM").  The foreign law enforcement entity described the videos as depicting an adult male with his face fully visible, sexually abusing a young infant while smoking a controlled substance in a glass pipe.  The foreign law enforcement agency successfully downloaded three of the CEM videos of the 'CRACKPIPE' series and provided it to SA Pandi for analysis and potential

3

identification.  The foreign law enforcement agency believed the origin of the video was in the United States due to the accent of the subject as well as the presence of a "Playtex" baby bottle in the video.

5.   By taking screenshots of the videos and conducting open source facial recognition searches, SA Pandi identified social media accounts belonging to Andrew SARNOWSKI ("SARNOWSKI"), whose physical descriptions relating to these accounts matched the physical description of the offender in the videos.

6.   SA Pandi thereafter sent the CEM videos to SSRA McCurdy in which I was able to review. SA Pandi additionally sent links to what were believed to be social media accounts associated to SARNOWSKI. Based on my observations of the photographs of the person associated with the social media accounts as well as the physical description of the perpetrator in the CEM videos, I believe the adult male individual in CEM videos as the same individual who physically identifies himself in the social media accounts, based on facial features, hair, ears, apparent height and weight, braces, and age.  The social media accounts I reviewed included the following:

> a.)   https://www.facebook.com/andrew.gee.528
>
> b.)   https://www.facebook.com/andrew.sarnowski.1

c.)   https://www.instagram.com/andrewsarnowski/

7.   Within one of the CEM videos, named "4_58008453045718889939.MOV", I observed whom I believe to be SARNOWSKI naked and laying on bed.  There was male infant, approximately one year of age, clothed in 101 Dalmatian pajamas, laying of SARNOWSKI's stomach drinking a bottle. SARNOWSKI began masturbating and slapping the head of the infant with his penis.

8.   In a second video named "ddddddd.MP4", I observed whom I believed to be SARNOWSKI naked from the chest up. The same male infant can be observed in the background. SARNOWSKI drains what appears to be semen from a condom into a bottle.  SARNOWSKI then takes the bottle, touches the bottle to his penis and feeds the bottle to the infant. The infant is wearing 101 Dalmatian pajamas.

9.   In a third video named "IMG_2924.MP4", I observed whom I believed to be SARNOWSKI smoking some kind of controlled substance from a pipe while a male infant wearing a 101 Dalmatian t-shirt is lying next to him on the bed. SARNOWSKI then blows the smoke direct into the face of the infant.  SARNOWSKI then removes the infant's diaper and exposes the infant's penis. SARNOWSKI then proceeds to put the infant's penis in his mouth and then touch the infant's penis with his tongue.

10. The foreign law enforcement agency also viewed a fourth video in the 'CRACKPIPE' series which they were unable to download before the Telegram group was deleted. The law enforcement officials described the video as depicting the same male subject as the other three videos in the 'CRACKPIPE' series, providing a controlled substance via a glass pipe to a pre-pubescent, White Hispanic female around seven years of age and then engaging in sexual abuse of the pre-pubescent female.

11. Through open source databases, a probable address for SARNOWSKI was identified as 45443 30th Street, West, Apartment 302, Lancaster, California. FBI Special Agents, including myself, went to the Lancaster, California address on September 8, 2020 and spoke with Nathan Sarnowski, the brother of SARNOWSKI. FBI Special Agents learned that the SARNOWSKI was residing with his mother at 3303 Sierra Highway, Space 66, Rosamond, California ("SUBJECT PREMISES").

12. Later that evening, FBI Special Agents, including myself, traveled to the SUBJECT PREMISES and made contact with SARNOWSKI. I immediately recognized SARNOWSKI as the individual depicted in the three videos described above.

13. I subsequently made contact with SARNOWSKI's mother, Carmen MESA ("MESA") and explained why the FBI was

at her residence.   MESA consented to FBI Special Agents
entering her residence to determine if any young male
children matching the description of the victim in the
'CRACKPIPE' series were present at the location.   While
inside the residence, I recognized the location in the
residence where the three CEM videos described above were
filmed.   This location was MESA's own bedroom.   Various
items within the room were identical to the videos,
including pictures and decorations on multiple walls, the
ceiling fan which included a hanging wooden stick from the
pull-string, and the layout and contents of the room.

14.   I also identified the room belonging to
SARNOWSKI.   Inside this room, I observed a glass pipe I
believe to be used to smoke controlled substances including
methamphetamine or crack cocaine.   The glass pipe appeared
to be identical to the pipe used in the videos.   I also
observed a black laptop laying on the bed, a cellular
telephone, a web-cam laying on the floor, and a camera tri-
pod in the center of the room.

15.   MESA consented to be interviewed by FBI Special
Agents.   In the ensuing interview, I showed a screenshot
from one of the videos to CARMEN in which the male infant
was lying on the bed. CARMEN immediately stated that the

7

infant appeared to be "CV" (Confidential Victim).  CARMEN

stated that baby CV was a relative of her husband.

16.  SARNOWSKI provided consent for Agents to look at

the photo gallery in his cellular telephone.  I observed

numerous nude photos of SARNOWSKI and numerous videos of

SARNOWSKI masturbating.  I recognized the nude images of

SARNOWSKI as appearing identical to the subject in the

'CRACKPIPE' series.  In my quick preview I did not see

children in his videos or images.  I also observed the

TELEGRAM application on his phone. I asked for permission

to preview the TELEGRAM application and SARNOWSKI denied

the request stating that those were private messages.

17.  The Kern County Sheriff's Office wrote a search

warrant for the SUBJECT PREMISES. During the course of the

search warrant, law enforcement seized SARNOWSKI's mobile

telephone devices. SSRA Tyler McCurdy and I took

SARNOWSKI's phone to the FBI office and conducted a mobile

telephone extract utilizing Celebrite. An initial cursory

search of the of the Celebrite report showed numerous

images and videos of what we believed to be child

pornography.

18.  On September 9, 2020, FBI Special Agents at the

Lancaster Resident Agency interviewed "CS", date of birth

August 8, 1995, and "SG", date of birth June 27, 1993.  In

8

the ensuing interview, FBI Special Agent Richard Denny showed CS and SG still image screenshots of the videos described above.  CS and SG positively identified the male infant depicted in the 'CRACKPIPE' videos as their son, "CV", with a date of birth of August 27, 2019.  They also advised FBI Special Agents that SARNOWSKI babysat CV alone at least twice during the last couple of months.  CS further advised Special Agent Richard Denny that she knew that SARNOWSKI was alone because when she picked-up CV, SARNOWSKI was alone with the child.  These events occurred in April 2020.  After reviewing screenshots of CV from the videos, CS further advised she left CV multiple other times over the last few months, but was not sure if SARNOWSKI was alone with the child during these visits.

19.  CS also provided FBI Special Agents with a t-shirt belonging to CV depicting characters from the show 101 Dalmatians.  The 101 Dalmatians t-shirts is identical to the t-shirt worn by CV in the CEM videos described above.

20.  On the basis of the information contained in this affidavit, it is my belief that there is probable cause to

///

///

///

conclude that Andrew J. SARNOWSKI has committed violations of 18 U.S.C. § 2251(a) and 18 U.S.C. § 2252(a)(2).

21.    Because this affidavit is written solely for the purpose of establishing probable cause for issuance of a criminal complaint, not every fact related to this investigation has been included.

I declare under penalty of perjury under the laws of the United States that the information above in paragraphs 1-25 is true and correct.

_____
Joseph P. Hamer, Special Agent
Federal Bureau of Investigation


Sworn to me in accordance with Fed.R.Crim.P. 4.1 by email and telephone,

This 10th day of September 2020.

_____
Honorable Jennifer L. Thurston
United States Magistrate Judge