PHILLIP A. TALBERT
United States Attorney
BRIAN W. ENOS
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, Ca 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　Plaintiff,<br><br>　v.<br><br>ANDREW JAMES SARNOWSKI,<br><br>　　　　　　　　　Defendant. | Case No: 1:20-cr-00169 ADA /BAM<br><br>**STIPULATION TO: (1) SET APRIL 17, 2023 CHANGE OF PLEA HEARING, AND (2) VACATE BOTH APRIL 24, 2023 TRIAL CONFIRMATION HEARING AND MAY 16, 2023 TRIAL DATE; ORDER**<br><br>Ctrm:　1<br>Date:　April 17, 2023<br>Time:　8:30 am.<br><br>Hon. Ana de Alba |

THE PARTIES HEREBY STIPULATE, through their respective counsel, Assistant United States Attorney, Brian W. Enos, on behalf of the government, and Eric V. Kersten, Esq., on behalf of defendant Andrew James Sarnowski ("Sarnowski"), that: (1) a change of plea hearing be scheduled to take place on Monday, April 17, 2023, at 8:30 am; and (2) this action's April 24, 2023 trial confirmation hearing and May 16, 2023 trial both be vacated. The parties have confirmed the court's availability regarding the above-proposed change of plea hearing's date and time.

　　The parties base this stipulation on good cause and therefore ask the court to endorse this

1

1 stipulation by way of formal order.  Specifically,

2    1. Earlier this week, the parties reached an agreement resolving this case.  The terms of this agreement are memorialized in a signed plea agreement filed this past Tuesday, March 29, 2023.  Dkt. 37.

    2. The parties have since compared respective calendars and met and conferred about available dates wherein they could both appear at a change of plea hearing.  The parties have also cleared Monday, April 17, 2023 (8:30 a.m.) regarding the scheduling of this hearing with chambers of Courtroom 1.  In light of these efforts, the parties ask the court to endorse their stipulation to set a change of plea hearing for Monday, April 17, 2023, at 8:30 a.m. in Courtroom 1.  Pursuant to additional communications with chambers, the parties likewise ask the court to vacate both this action's previously scheduled April 24, 2023 trial confirmation hearing and May 16, 2023 trial date.

    3. Pursuant to relevant provisions of 18 U.S.C. § 3161, the parties previously obtained a waiver of time in this action through May 16, 2023 as set forth in the court's order dated May 31, 2022.  Dkt. 35.

IT IS SO STIPULATED.

Dated:  March 30, 2023                                    PHILLIP A. TALBERT
                                                                             United States Attorney

                                                             By:  /s/ Brian W. Enos
                                                                   Brian W. Enos
                                                                   Assistant United States Attorney

                                                                  (*As authorized 3/30/23*)

Dated: March 30, 2023                                      By:  /s/ Eric V. Kersten
                                                                     Eric V. Kersten, Esq.
                                                                   Attorney for Defendant
                                                                   Andrew James Sarnowski

**O R D E R**

IT IS ORDERED that:

(1) A change of plea hearing is set to take place on Monday, April 17, 2023, at 8:30 a.m. in Courtroom 1; and

(2) the trial confirmation hearing set for Monday, April 24, 2023 and the trial date set for Tuesday, May 16, 2023 are both vacated.

IT IS SO ORDERED.

Dated:   March 31, 2023

UNITED STATES DISTRICT JUDGE