PHILLIP A. TALBERT
United States Attorney
BRITTANY GUNTER
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ANDREW JAMES SARNOWSKI,<br><br>Defendant. | CASE NO. 1:20-CR-00169-ADA-BAM<br><br>PRELIMINARY ORDER OF FORFEITURE |

Based upon the plea agreement entered between plaintiff United States of America and defendant Andrew James Sarnowski, it is hereby ORDERED, ADJUDGED AND DECREED as follows:

1. Pursuant to 18 U.S.C. § 2253, defendant Andrew James Sarnowski's interest in the following property shall be condemned and forfeited to the United States of America, to be disposed of according to law:

    a. Dell laptop computer, seized from defendant by law enforcement on or about September 9, 2020;

    b. Samsung cellular phone, seized from defendant by law enforcement on or about September 9, 2020;

    c. Sandisk Ultra Plus SD card, seized from defendant by law enforcement on or about September 9, 2020; and

    d. Computers, SD cards, compact discs, hard drives, or other electronic storage devices containing visual depictions of minors engaged in sexually explicit conduct and seized from defendant by law enforcement on or about September 9, 2020.

1

2.     The above-listed property constitutes property that contains visual depictions produced, transported, mailed, shipped, or received in violation of 18 U.S.C. §§ 2251(a) and 2252(a)(2); and is property that was used or intended to be used to commit and to promote the commission of the aforementioned violation.

3.     Pursuant to Rule 32.2(b)(3), the Attorney General (or a designee) shall be authorized to seize the above-listed property.  The aforementioned property shall be seized and held by the Federal Bureau of Investigation, in its secure custody and control.

4.     a.     Pursuant to 18 U.S.C. § 2253(b), incorporated by 21 U.S.C. § 853(n), and Local Rule 171, the United States shall publish notice of the order of forfeiture.  Notice of this Order and notice of the Attorney General's (or a designee's) intent to dispose of the property in such manner as the Attorney General may direct shall be posted for at least 30 consecutive days on the official internet government forfeiture site www.forfeiture.gov.  The United States may also, to the extent practicable, provide direct written notice to any person known to have alleged an interest in the property that is the subject of the order of forfeiture as a substitute for published notice as to those persons so notified.

b.     This notice shall state that any person, other than the defendant, asserting a legal interest in the above-listed property, must file a petition with the Court within sixty (60) days from the first day of publication of the Notice of Forfeiture posted on the official government forfeiture site, or within thirty (30) days from the receipt of direct written notice, whichever is earlier.

5.     If a petition is timely filed, upon adjudication of all third-party interests, if any, this Court will enter a Final Order of Forfeiture pursuant to 18 U.S.C. § 2253, in which all interests will be addressed.

IT IS SO ORDERED.

Dated:   May 12, 2023            _____
UNITED STATES DISTRICT JUDGE