1  HEATHER E. WILLIAMS, Bar #122664
   Federal Defender
2  ERIC V. KERSTEN, Bar #226429
   Assistant Federal Defender
3  Designated Counsel for Service
   2300 Tulare Street, Suite 330
4  Fresno, CA  93721-2226
   Telephone: (559) 487-5561
5  Fax: (559) 487-5950

6  Attorneys for Defendant
   ANDREW SARNOWSKI
7

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA, | Case No. 1:20-cr-00169 ADA-BAM
12 |            Plaintiff,      | STIPULATION TO CONTINUE SENTENCING; ORDER
13 | vs.                        |
14 | ANDREW SARNOWSKI,          | Date:  November 6, 2023
                                  Time:  8:30 a.m.
15 |            Defendant.      | Judge: Ana de Alba

16

17

18         **IT IS HEREBY STIPULATED**, by and between the parties, through their respective

19 counsel, Assistant United States Attorney Brittany Gunter, counsel for plaintiff, and Assistant

20 Federal Defender Eric V. Kersten, counsel for defendant Andrew Sarnowski, that the sentencing

21 hearing scheduled for August 7, 2023, may be continued to November 6, 2023, or the soonest

22 date thereafter convenient to the court.

23         This continuance is requested to allow additional time to schedule the presentence

24 interview which must be completed prior to preparation of the Presentence Investigation Report,

25 and to allow for additional defense investigation necessary to properly prepare for sentencing.

26 Further, while it is tentative, defense counsel may be out of the office for most September. If so,

27 he will not be available to file objections or a sentencing memorandum until October, which

28 corresponds to a November sentencing date

The parties agree that any delay resulting from the continuance shall be excluded as necessary for effective defense preparation pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(B)(iv).  For this reason, the ends of justice served by the granting of the requested continuance outweigh the interests of the public and the defendant in a speedy trial

Respectfully submitted,

PHILLIP A. TALBERT
United States Attorney

Date: June 27. 2023         */s/ Brittany Gunter*
                            BRITTANY GUNTER
                            Assistant United States Attorney
                            Attorney for Plaintiff

HEATHER E. WILLIAMS
Federal Defender

Date: June 27, 2023         */s/ Eric V. Kersten*
                            ERIC V. KERSTEN
                            Assistant Federal Defender
                            Attorney for Defendant
                            ANDREW SARNOWSKI

## **O R D E R**

It is so ordered. The sentencing hearing scheduled for August 7, 2023, is continued to November 6, 2023.

IT IS SO ORDERED.

Dated:   June 27, 2023                    _____
                                          UNITED STATES DISTRICT JUDGE