|   |   |
|---|---|
| 1 | HEATHER E. WILLIAMS, Bar #122664 |
|   | Federal Defender |
| 2 | ERIC V. KERSTEN, Bar #226429 |
|   | Assistant Federal Defender |
| 3 | Designated Counsel for Service |
|   | 2300 Tulare Street, Suite 330 |
| 4 | Fresno, CA  93721-2226 |
|   | Telephone: (559) 487-5561 |
| 5 | Fax: (559) 487-5950 |

Attorneys for Defendant
ANDREW SARNOWSKI

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:20-cr-00169 ADA-BAM |
|---|---|
| Plaintiff, | STIPULATION TO CONTINUE SENTENCING;  ORDER |
| vs. |  |
| ANDREW SARNOWSKI, | Date:   December 18, 2023 |
|  | Time:   8:30 a.m. |
| Defendant. | Judge: Ana de Alba |

**IT IS HEREBY STIPULATED**, by and between the parties, through their respective counsel, Assistant United States Attorney Brittany Gunter, counsel for plaintiff, and Assistant Federal Defender Eric V. Kersten, counsel for defendant Andrew Sarnowski, that the sentencing hearing scheduled for November 6, 2023, may be continued to December 18, 2023, or the soonest date thereafter convenient to the court.

This continuance is requested to allow additional time to conduct an in-person presentence interview of Mr. Sarnowski. The assigned United States Probation Officer is just returning from medical leave and is still on light duty and working remotely. Mr. Sarnowski is facing a very long term of imprisonment and the defense strongly prefers that the presentence interview be conducted in person by the officer writing the presentence report. It is requested that this continuance be granted to accommodate an in-person interview.

The parties agree that any delay resulting from the continuance shall be excluded as necessary for effective defense preparation pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(B)(iv). For this reason, the ends of justice served by the granting of the requested continuance outweigh the interests of the public and the defendant in a speedy trial

Respectfully submitted,

PHILLIP A. TALBERT
United States Attorney

Date: September 15, 2023         */s/ Brittany Gunter*
                                 BRITTANY GUNTER
                                 Assistant United States Attorney
                                 Attorney for Plaintiff


HEATHER E. WILLIAMS
Federal Defender

Date: September 15, 2023         */s/ Eric V. Kersten*
                                 ERIC V. KERSTEN
                                 Assistant Federal Defender
                                 Attorney for Defendant
                                 ANDREW SARNOWSKI

## **O R D E R**

It is so ordered. The sentencing hearing scheduled for November 6, 2023 is continued to December 18, 2023.

IT IS SO ORDERED.

Dated:   September 18, 2023                    _____
                                               UNITED STATES DISTRICT JUDGE