HEATHER E. WILLIAMS, Bar #122664
Federal Defender
ERIC V. KERSTEN, Bar #226429
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
ANDREW SARNOWSKI

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:20-cr-00169 ADA-BAM |
| Plaintiff, | STIPULATION TO CONTINUE SENTENCING; ORDER |
| vs. | |
| ANDREW SARNOWSKI, | Date:   January 29, 2024<br>Time:   8:30 a.m.<br>Judge: Ana de Alba |
| Defendant. | |

**IT IS HEREBY STIPULATED**, by and between the parties, through their respective counsel, Assistant United States Attorney Brittany Gunter, counsel for plaintiff, and Assistant Federal Defender Eric V. Kersten, counsel for defendant Andrew Sarnowski, that the sentencing hearing scheduled for December 18, 2023, may be continued to January 29, 2023, or the soonest date thereafter convenient to the court.

Mr. Sarnowski was scheduled for a presentence interview on October 31, 2023 but was not transported from the Lerdo detention facility due to a scheduling error. The interview could not have been scheduled at an earlier date because the assigned United States Probation Officer just returned from medical leave.  In addition, due to unanticipated medical issues defense counsel will be out of the office for a significant amount of time between now and the end of December. For these reasons insufficient time remains to reschedule the presentence interview and timely file the Pre-sentence Investigation Report in accord with the normal timeline.

The parties agree that any delay resulting from the continuance shall be excluded as necessary for effective defense preparation pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(B)(iv).  For this reason, the ends of justice served by the granting of the requested continuance outweigh the interests of the public and the defendant in a speedy trial

Respectfully submitted,

PHILLIP A. TALBERT
United States Attorney

Date: November 1, 2023

*/s/ Brittany Gunter*
BRITTANY GUNTER
Assistant United States Attorney
Attorney for Plaintiff

HEATHER E. WILLIAMS
Federal Defender

Date: November 1, 2023

*/s/ Eric V. Kersten*
ERIC V. KERSTEN
Assistant Federal Defender
Attorney for Defendant
ANDREW SARNOWSKI

**O R D E R**

It is so ordered. The sentencing hearing scheduled for December 18, 2023 is continued to January 29, 2024.

IT IS SO ORDERED.

Dated:   November 2, 2023

_____
UNITED STATES DISTRICT JUDGE