HEATHER E. WILLIAMS, Bar #122664
Federal Defender
ERIC V. KERSTEN, Bar #226429
Assistant Federal Defenders
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
ANDREW SARNOWSKI

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:20-cr-00169 NODJ |
|---|---|
| Plaintiff, | DEFENDANT'S SENTENCING MEMORANDUM, LETTERS OF REFERENCE; STATEMENT OF DEFENDANT |
| vs. | |
| ANDREW SARNOWSKI, | Date:   January 29, 2024 |
| Defendant. | Time:   10:00 a.m. |
| | Judge:  Hon. Dale A. Drozd |

      Andrew Sarnowski is deeply remorseful for his actions. On multiple occasions he has expressed genuine regret, tearfully referring to himself as a "monster." He knows sexual contact with children is wrong and that it destroys their childhood and their innocence. Andrew feels tremendous shame for the pain he caused his entire family, and especially his victims.

      While Andrew committed horrible crimes, he has also demonstrated many admirable qualities. The attached letters make clear Andrew is extremely hard working, he is caring, and he has uplifted and inspired others. Andrew was encouraged to work hard in school and did well. He was class valedictorian at Palm Desert High School and volunteered extensively. He also earned EMT and medical assistant certificates while participating in the Health Occupations Students of America (HOSA) program. He then attended UC Santa Cruz (UCSC), where he studied biology, business management, and economics with the goal of becoming a veterinarian

and opening his own veterinary practice. Andrew did well during his freshman and sophomore years, but his life then unraveled. He was depressed, began smoking methamphetamine daily, did not attend classes or do homework and failed his classes. Andrew spiraled downward to a point where his life essentially consisted of staying in his room, getting high on meth and watching pornography.

Andrew's friend Ivette Mora attended UCSC at the same time as Andrew. She also knew Andrew throughout high school and speaks highly of his character. She believes 'the actions that he took were not of someone who was in their right mind." See Letter of Ivette Mora attached as exhibit A. Ivette has herself suffered with depression and understands "just how hard it is to think straight during depressive cycles." *Id*. Andrew's sister-in-law, Claudia Sarez, similarly believes "His declining mental health over the years led him to a dark path of loneliness and isolation and bottling it away in fear of not being seen as the Andrew that never let hardships get to him." See Letter of Claudia Sarez, attached as exhibit D.

Andrew had an unusual upbringing. His mother was loving and supportive but always worked at an adult novelty store (i.e., sex toy) called "Fun Zone Gifts." Andrew was aware of his mother's job during his entire childhood. He did not have a babysitter during his early childhood so his mother would take him with her to work. She would tell him "close your eyes," and would lead him by hand to her office or to the restroom. Andrew would spend his time in his mother's office with a coloring book. He saw the shelves in her office filled with adult novelties and pornographic materials, but never touched them. Andrew knew at age 6 that his mother worked in a place where children were not allowed.

Adult novelties were also common at his home. The living room couch was always full of things like adult novelties such as adult "gag gifts", sex toys, pornographic magazines, and pornographic videos. Andrew first viewed pornography intentionally while in middle school, around the age of puberty. Over the years, his interest grew to the point where he was viewing it daily prior to leaving Santa Cruz.

Andrew's father abused methamphetamine and was unemployed from the time Andrew was in middle school. When he did work, he was employed retrieving corpses and transporting

Sarnowski: Defendant's Sentencing Memorandum

2

them to the morgue, something the family referred to as "bag and drag."

Andrew is gay. He believes his mother always knew but it was a "don't ask, don't tell" situation as father was extremely homophobic and openly expressed his bigotry toward gay people. While they maintain a strained relationship, Andrew's father was angry about Andrew's sexual orientation after Andrew came out while at Santa Cruz.

Growing up Andrew was very close to his maternal grandfather, his maternal uncle and a cousin who all died in April 2007. This was this was emotionally devastating for Andrew and resulted in anger and sadness. Around that time and aunt also called child protective services (CPS) on Andrew and Nathan's parents for reasons he is not sure of.

Andrew, his mother, and his siblings resided with Andrew's grandmother for 4-5 years during his elementary and middle school years. His parents separated due to his father's heavy drug use. Andrew's grandmother was in poor health and he was tasked with caring for her at this young age. His tasks included administering insulin, cleaning the house, doing yard work, preparing meals and washing dishes. When Andrew's grandmother passed away his parents reconciled and Andrew began caring for his father who also had many health issues.

Andrew never tried drugs or alcohol before leaving home but experimented after arriving at Santa Cruz. After first trying methamphetamine his use rapidly escalated to the point of addiction. He was also involved in a bad relationship and was very concerned about the poor health of his parents. Andrew's boyfriend offered little support and Andrew felt depressed. He began using methamphetamine daily, essentially staying in his room all day, every day, getting high, viewing pornography and doing little else. Andrew believes this eventually led to a pornography addiction as well. His viewing habits progressed to a point where Andrew was not getting satisfied with normal porn and he began viewing group porn, then rough, physically, violent, porn, and eventually child pornography.

Since being arrested Andrew has become part of a Christian church group. Members of the group are very supportive and meet daily for group praise, singing and prayer. He also reads the Bible and other Christian literature. He prays daily and is focusing on how to best apply his faith to his life and to the lives of others – not just being a Christian and name, but really living

it. He has completed several Christian correspondence courses addressing issues such as "Serving Others," "Developing Your Faith" and understanding the gospel. Certificates attached as exhibit J.

Andrew is absolutely committed to turning his life around and doing whatever he can to atone for his sins. He is ashamed of his actions and knows his family must carry the pain and damage he has caused. He will never repeat his mistakes and is committed to help make the world a better place going forward.

### A. Letters of Reference

**Ivette Mora** has been a close friend of Andrew for ten years. They met during her first year of high School. Ivette was shy and reserved at the time and greatly appreciated Andrew's "bright and cheery personality." She describes him as "a ray of sunshine." Ivette attended UC Santa Cruz at the same time as Andrew and observed him falling into deep depression after learning of his mother's cancer diagnosis. Ivette states:

> Andrew's warm and caring personality had a great influence on me as our friendship grew throughout the years. While I struggled with chronic depression, Andrew always made me feel loved and brought a smile to my face. I cannot stress enough how much he means to me. His love for me and my love for him saved my life. In my darkest moments, knowing he was there and that he was supporting me made life worth living.
>
> He pushed me to work harder towards my future. In high school, we were both involved in a program known as Health Occupation Students of America (HOSA). In this program, we competed and helped each other prepare for exams and skills-based tests. He was always a smart individual who, on more than one occasion, would pass with flying colors. It was this that always sparked a form of healthy competitiveness between him and me. The support we both have for one another drove us to attend the same university, UCSC. He always worked hard towards his education, not just because of his career goal but also because he genuinely enjoys learning. However, it was in this portion of our lives when Andrew learned about his mom's cancer and fell into a deep depression.
>
> I am well aware of the charges that Andrew is facing. After knowing him for so long, I know that the actions that he took were not of someone who was in their right mind. As someone who has struggled with depression their whole life, I know just how hard it is to think straight during depressive cycles. I have seen the progress that Andrew has made in these recent years. I know Andrew is repenting for the harm that he has committed, and I truly believe that he will continue to work towards bettering himself. I also know that he

is working towards finishing his degree and that he will be a contributing member of society.

Letter of Ivette Mora, attached as exhibit A.

**Selene Mora** is Ivette's older sister. She initially thought their friendship peculiar because Ivette was quiet and reserved while Andrew seemed the complete opposite. Over time Selene came to understand the basis of their friendship:

> [Andrew] radiated nothing but warmth and happiness. Slowly, I watched as he was able to not only get this shy and timid girl out of her shell, but also bring out a shine that I had never seen before. This is the type of person that I knew Andrew to be, someone who helped others to shine brighter than they ever thought possible.
>
> Besides knowing him through my sister, we also did Health Occupation Students of America (HOSA) together. I always admired how intelligent and care free he was during the competitions. While we were all nervous to compete, Andrew always kept the biggest smile on his face and I must admit to being jealous of his positive attitude. I know in my heart that Andrew truly repents for his actions and will continue to do so because I know the person he was.

Letter of Selene Mora, attached as exhibit B.

**Vicky Mora** is the mother of Ivette and Selene. She has known Andrew nearly ten years. Vicky also praises Andrew's character. She believes Andrew repents for his actions and will continue to do so.  Vicky writes:

> Since the day I met [Andrew] and welcomed him into our home, he was a polite, respectful, well-mannered, and cheerful person who always brightened the room with his smile. I watched the friendship between my daughter and Andrew develop into a strong loving relationship and I, as well as the rest of my family, welcomed Andrew into our family with lots of love. He addresses my husband and me as mom and dad, and I truly consider him as my son and an important member of our family.

Letter of Vicky Mora, attached as exhibit C.

**Sam Ibrahim** and Andrew met at U.C. Santa Cruz seven years ago. They were each other's first loves, dated for two-to-three years, and remain great friends. Sam does not excuse Andrew's conduct but states Andrew knows he made a mistake and hurt people and takes responsibility for his actions. Sam states Andrew continues to dream of doing something positive

in the future and works on bettering himself each day. Sam adds:

> Andrew is the type of person that is annoyingly stubborn and will try to take on all his family's burdens and won't ask for help because he was never given any when he needed it. Because of that he didn't like to show vulnerability and would push people away. His heart was always in the right place because he didn't like to see anyone suffer and go through any trouble if he could help them. When his mother was sick with cancer and his father's mental/physical health were declining he would do everything in his power to help them even when he was in school 6 hours away. Every break he would come home and clean, take care of his nieces and help them with school, as he made sure everything was taken care of before he went back and helped from long distance.
>
> Honestly he knows he messed up and I am not giving him any excuse but he has changed so much from his offense to now. He not only found religion but he has a new understanding about God and how he messed up his life. He started looking within himself and seeing what is going on and instead of blaming he is taking responsibility for his actions and getting the help he needs. We talked about both of our fears of him going back to drugs when he gets out and why he did what he did and even he isn't sure. The more we talked about our fear the more he realized he can't go back to how things were and how he can't take on other people's burdens and pain. He can support and help his family but that is all he cannot shoulder everything and that was why he turned to drugs which led him to the situation he is in now.

Letter of Sam Ibrahim, attached as exhibit D.

**Claudia Sarez** is Andrew's sister in law. She met Andrew at a Thanksgiving gathering in 2009 shortly after she began dating Andrew's brother Nathan. Claudia states:

> My first impression of [Andrew] was how funny he was. I was very nervous meeting their family since I just started dating Nathan but being able to talk to him and hear him joke around with his mom made me feel right at home. The laid back and funny part of his personality is what sparked an ever growing brother sister relationship between me and him through the years. As he grew into a teenager, he was always working hard at school and being there for his family. He never had the traditional teenage experience. He was always taking care of his parents and doing parental duties like cooking and cleaning. With doing all that, he still had to focus on going to school, which was also very difficult since he had advanced classes and clubs. That's something I always admired about Andrew. He's always been such a dedicated and hard working person. Even when his sister had to go to rehab and we were left in charge to take care of her kids in the meantime, he was driven to take care of his family. During that time, Andrew stepped up as a second parent to my nieces who were toddlers at the time and with having to juggle school and home life was very hard on him. However the way he always pushed forward always amazed me. He never let those things get him down and he continued to persevere. He always inspired me to want to continue going to school and

> pursue a career in my passions. ... I know Andrew is far from perfect. He has made grave mistakes that have cost him so much and has affected so many people close to him. His declining mental health over the years led him to a dark path of loneliness and isolation and bottling it away in fear of not being seen as the Andrew that never let hardships get to him. The perfect son, brother, student and friend. Although he awaits sentencing, he still continues to fight for a second chance and I believe that Andrew has the capacity of doing so if given that opportunity. Knowing his dedication, hard working and ambitious personality, I know he'll be able to turn himself around and be an authentic version of himself.

Letter of Claudia Sarez, attached as exhibit E.

**Nathan Sarnowski** is Andrew's older brother. Nathan works in the aerospace industry and attends college, pursuing a degree in engineering. He and Andrew have a great bond filled with fond memories, but things weren't always the best when they were growing up. Nathan explains:

> We had a lot of tough and hard times. At a young age we went through a lot of deaths in the family and these family members were very close to us and our hearts. Andrew was always willing to help and take care of our family members, such as my uncle and grandfather who were both ill. Back in 2007 we lost both of them and we were all devastated because they passed days just a few days apart. My grandfather did not have a will when he passed and because our home was owned by our grandfather our aunt called CPS on us hoping to take our parent's house for herself. We were forced to leave our home to live with my grandmother who loved and sheltered us, protecting us from being placed into foster care. At this time our mother worked full time taking great care of us with the help of our grandmother. Meanwhile, our father remained at our house alone. Because of his drug abuse we could not go home. Around 2012 Andrew was helping our mom care for our grandmother who had fallen ill and passed that same year. Several years passed and Andrew began high school, taking on AP classes and even a zero and seventh period. At the same time he was helping us care for my sister's children when she fell into drug abuse and was sent to rehab. After our grandmother passed Andrew was also taking care of the apartment my mother and father and Andrew lived in. There he suffered a lot of abuse from my father, such as his bigotry against people in the LGBTQ community. Because of this, Andrew remained closeted as a gay man and could never fully come out, although most of us in the family already knew.
>
> Through all of these hardships Andrew went above and beyond in high school while taking care of our family. Andrew was the one individual out of our siblings that wanted to better himself. He had a great high school track record. He was a valedictorian and got the honor of receiving scholarships to go to any college of his choice. Even though Andrew is my younger brother,

he inspired me to follow in his footsteps and go to college to better myself. They say inspiration can always come to people that seek it, no matter how old or young, or who you are. Andrew is one of my inspirations. He is an inspiration to me and I believe he can be an inspiration to others. Andrew's life went off track and he made horrible mistakes but the fall of an individual does not mean they cannot rise. I believe Andrew can rise again, and I put full trust in knowing that he will work hard to overcome his wrongs. Andrew took care of our family a majority of his life and now I feel that it is my turn as his older brother to take care of him. Andrew will always have a place in our hearts and home.

Letter of Nathan Sarnowski, attached as exhibit F.

**Jason Cruz** has known Andrew for more than two years while incarcerated at Lerdo. He has never seen Andrew get in any trouble during that time. Jason states: "Andrew is one of the nicest guys I have ever met. If this wasn't true, I would not be writing this letter. He treats me and everyone else with the same amount of respect." He is always someone you can talk to, or ask if you need anything. Andrew's "attitude is, most days, the same, which is good, talkative, energetic, and always laughing. On a bad day, he's quiet or sleeping, but he never takes it out on others. Andrew spends his days reading, writing, talking, playing puzzles, or giving counsel to others." When Andrew has bad days it is "mostly due to him missing his family and his family missing him." Letter of Jason Casper Cruz, attached as exhibit G.

**Jeffrey Tafoya** also shares that Andrew has a "kind and loving nature…. He never fails to have a smile on his face and a kind word. Also, he is always willing to help people." Tafoya continues, "in these two years, I have witnessed a miraculous transformation and Andrew through the power of Christ." Tafoya states "I am aware of the charges against Andrew but I am also aware that drug addiction is heinous and would make you do things you otherwise would not. I am not justifying his actions, nor would I, but these are not the actions of the Andrew Sarnowski that I know." Letter of Jeffrey Tafoya, attached as exhibit H

### B. Statement of Andrew Sarnowski

Andrew Sarnowski is deeply remorseful. He knows his inexcusable actions have caused great pain and devastated the lives of his family – and he realizes there is no way to undo the harm he has caused. With this knowledge, Andrew is committed to doing whatever he can to

Sarnowski: Defendant's Sentencing Memorandum

8

make the world a better place going forward and he vows to make every effort to atone for his sins. Andrew submits the following statement.

> Dear Honorable Judge Drozd,
>
> I write this letter with great sadness. I am ashamed of my actions and cannot understand how I made the choices I made. I apologize from the bottom of my heart to everyone I hurt, especially my victims. Your honor, I will never forget the feeling and emotions I felt the first time I read my discovery. Profound shame hit me like a tidal wave. It began as a sinking feeling in my gut and progressed to total exhaustion of my mind. Even now I do not read my discovery because doing so makes me nauseous.
>
> When I was young my mother would tell me, "Andrew, all you can do is pick yourself up and move forward," and that is what I intend to do. I made horrible choices that devastated the lives of my family, and I realize there is no way to undo the harm caused by my actions. But I swear to you I will never do anything like this again. I am dedicated to do whatever I can to make the world a better place in the future and vow to make every effort to atone for my sins.
>
> Growing up I never had a "normal" childhood. As early as elementary school I was put into the role of an in-home healthcare provider. Both my grandparents had diabetes and were limited physically. My grandpa, "Tata," was legally blind, and my grandma was obese with severe rheumatoid arthritis. After my Tata's passing my mother and I lived with my grandma to care for her. I was responsible for preparing and cooking meals every day, cleaning the house, administering my grandma's insulin and ensuring she took all of her medication, doing laundry, and helping my grandma pay the bills. All this experience played a key role in the years that followed. After my Grandma's passing in 2011–2012 I would become the caregiver for my father.
>
> Although much was demanded of me when I cared for my grandma, my father was more difficult. My father neglected his health and wellness, and I had to struggle and push for him to get better. He has heart failure, diabetes, high blood pressure, COPD and more. At one point he was placed in hospice care. Thankfully, he fought through and was taken out of hospice. I did my best to keep him well and cannot even guess how many times I saw him go to the hospital. Your honor, a truly horrific experience of my life in honor was the day I saved my father's life. He was barely breathing and was unresponsive when I went to serve him dinner in his room. He had not been using his oxygen and the lack of oxygen to his brain almost killed him. I jumped into action, relying on the training I received to become a certified EMT and California Certified Medical Assistant. My dad went into a coma and he placed in the ICU at the hospital. If not for the training I received because I wanted a career in the medical field, my dad would've died that night.

I also fulfilled the role of father for my three nieces lives. My sister has been a single mother for almost the entirety of her being a mom. At one point my sister lost custody of my nieces. To prevent them from being lost in the system, my mom and I stepped up and took custody until my sister had straightened out. Even after my sister got back on track I continued to care for and babysit my nieces almost every day.

Throughout all the stress and pressure of my childhood I managed to succeed at school. All through elementary and high school I was an honor student at the top of my class. I earned many awards, medals, and certificates for my academic achievements. A few of the awards were several Kiwanis awards, Congressional and Senate awards, earning many certifications in the medical profession, graduating valedictorian and attending U.C. Santa Cruz.

I share this with you because I want you to see that I am hard-working and that I love my family. When I tasted the freedom of leaving home and going off to college I made the mistake of trying crystal methamphetamine. All it took was once and my life began to spiral out of control. While I was once trustworthy, responsible, honest, hard-working, and had integrity, all that crumbled when I took methamphetamine. At that time my mom was also diagnosed with stage four breast cancer and autoimmune disease. I struggled to manage school while worrying about my extremely ill parents, and I fell further into drug addiction. I also felt depressed and anxious. My strength to fight and do good was exhausted and my life cascaded like dominos.

It hurts knowing that the family I love and tried to protect were the ones I hurt. My family did not deserve what I did to them. They must carry the pain caused by my actions, and I must carry the shame and regret of knowing my failure is the cause of their pain.

Your honor, my biggest fear is what will happen the day I get to see my family again – especially my sister and nieces. I want to tell them that I'm sorry and that I love them, and that I will do whatever I can to try to make up for the damage I have caused. I want to rebuild the me that they loved and trusted. The reason I fear seeing my family is because they have every right not to forgive me, and I cannot blame them if they don't.

Since my arrest I have given my life to Christ. I am not the same man who did those awful things. Christ commands me to be honest and truthful so that is what I give to you – the truth. By taking responsibility for my actions I hope that is a step toward demonstrating my inner change. Judge Drozd I accept your judgment, for I am deserving, but I beg you to show mercy.

Your honor, I hope to receive drug rehab and sex offender treatment. I request that I be sent to a prison with a Sex Offender Management Program (SOMP). I understand that I must go to prison so I ask please send me to one where I can receive treatment. I am not a violent man and I do not enjoy fighting. It may be hard to believe given my crime but I am a gentle and warm hearted person. I want to receive treatment and survive prison to

someday make it home to my family. I sincerely apologize to everyone I have hurt. It will never happen again. Thank you for your time.

Original copy of Andrew Sarnowski Statement attached as exhibit I.

## CONCLUSION

Andrew Sarnowski is deeply and genuinely remorseful for his actions. He feels tremendous shame for the pain he has inflicted. He knows nothing can undo the damage he has caused, but he is committed doing whatever he can to make the world a better place going forward. While the horrific nature of Andrew's offenses is obvious, these acts should be viewed in context of the totality of his life. They occurred at a time of great stress and are totally out of character. Andrew has always been extremely hard-working. He has taken care of family members, and he has uplifted and inspired others. He has dedicated his life to Christ and is committed to be a better person going forward.

In accord with the parties agreement, Andrew Sarnowski respectfully requests imposition of a sentence including a 25-year term of incarceration, followed by a 10-year term of supervised release.

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: January 24, 2024

*/s/ Eric V. Kersten*
ERIC V. KERSTEN
Assistant Federal Defender
Attorney for Defendant
ANDREW SARNOWSKI